UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021

Holborn Corp.,

           Plaintiff,

–v–

Sawgrass Mutual Insurance Co.,

           Defendant.

16-cv-9147 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Court's January 30, 2019 Order, this case was stayed pending the resolution of two cases in the Florida First District Court of Appeal. Dkt. No. 49. The parties are ordered to submit a joint status letter by March 1, 2021, updating the Court on the status of those cases.

    SO ORDERED.

Dated: February 12, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge